JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RUSSELL LOPEZ,        ) | Case No.  2:24-CV-01721-JDP |
| )  | |
| Plaintiff        ) | **STIPULATION AND ~~PROPOSED~~** |
| )  | **ORDER FOR EXTENSION OF TIME** |
| v.        ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| )  | |
| MARTIN O'MALLEY,        ) | |
| Commissioner of Social Security,        ) | |
| )  | |
| Defendant        ) | |
| )  | |
| _____)  | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to January 8, 2025, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested as Plaintiff's counsel has been ill with an oral infection. Once the infection has cleared, she will need a root canal. Thus, she will not be able to resume work on this until after the holidays.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 17, 2024          JACQUELINE A. FORSLUND
                                 Attorney at Law


                                 */s/Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND

                                 Attorney for Plaintiff


Date:  December 17, 2024         PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation, Office 7

                                 */s/ Justin L. Martin*
                                 JUSTIN L. MARTIN
                                 Special Assistant United States Attorney
                                 *By email authorization

                                 Attorney for Defendant


                            ORDER

IT IS SO ORDERED.


Dated:    December 19, 2024              _____
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE


**Lopez v. O'Malley**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 1:24-cv-01721-JDP