FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON RUSSELL LOPEZ, | ) | Case No.  2:24-CV-01721-JDP |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. | ) | **FEES UNDER THE EQUAL ACCESS TO** |
| | ) | **JUSTICE ACT (EAJA)**, |
| LELAND DUDEK[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C sec. 2412(d) in the amount of NINE THOUSAND SEVEN HUNDRED dollars and ZERO cents ($9,700.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C sec. 2412(d).

After the Court issues and order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Lopez v Dudek**           **Stipulation and** ~~**Proposed**~~ **Order**           **E.D. Cal. 2:24-cv-01721-JDP**

Treasury's Offset Program pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  April 30, 2025                JACQUELINE A. FORSLUND
                                     Attorney at Law


                                     */s/Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND
                                     Attorney for Plaintiff

Date:  April 30, 2025                MICHELLE BECKWITH
                                     Acting United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Social Security Administration

                                     */s/James Ki*
                                     James Ki
                                     Special Assistant United States Attorney
                                     *By email authorization
                                     Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated: __May 2, 2025__                    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE